**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | CR-05-1050-PCT-MHM |
| v. ) | |
| Seve Cruz Begay, ) | ORDER OF DETENTION |
| Defendant. ) | |

A detention and pretrial release revocation hearing for violation of pretrial release was held on February 9, 2006. Defendant, Seve Cruz Begay appears with counsel Darius Nickerson and the government is represented by Roger Dokken.

Counsel for defendant submitted the matter on the record.

The Court finds by clear and convincing evidence that defendant has violated at least one of the conditions of his release. The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure his appearance or protect the safety of the community.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 15th day of February, 2006.

_____
Edward C. Voss
United States Magistrate Judge